## 1622

**1622  BURTON vs. COUNTY CLERK (Wayne), No. 14213, 102 M., 55.**
  (Certiorari to Wayne.)

To compel respondent to give relator access to the files and records of all suits pertaining to real estate, to enable him to make abstracts of the same to use in his business of making and selling abstracts of title.  The circuit judge denied the writ.  Affirmed September 25, 1894, with costs.

Relator sought to obtain privileges to which the general public are not entitled.

**1623  AUSTIN vs. CURTIS (Register of Deeds), 41 M., 723.**

To compel the register of deeds to record a deed delivered to him in escrow and withheld by order of the grantor.

  Denied October 21, 1879.

Held, that the grantee in the deed should establish his right by bill in equity or other proper proceeding against the grantor, and further that relief cannot be given as against the interests of any person not made a party and not duly notified.

**1624  LONGYEAR (County Treasurer) vs. BUCKS (City Treasurer, Lansing), 83 M., 236, 10 L. R. A., 43.**

To compel the payment over of certain moneys in respondent's hands, arising from the tax on dogs, under Act No. 214, Laws of 1889.

  Granted Nov. 14, 1890.

The case involved the constitutionality of the act referred to.

**1625  VAN HUSAN vs. HEAMES (Register of Deeds, Wayne), No. 13588, 96 M., 504.**

To compel respondent to record a deed without the tax certificate provided for by Section 135 of Act No. 206, Laws of 1893.

  Denied June 30, 1893, without costs.